MADUEGBUNA COOPER LLP
ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

January 29, 2020

Revised schedule approved. SO ORDERED [signature], USDJ 1-29-20

**VIA ELECTRONIC FILING (ECF)**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***Doran, et al. v. Office of Medicaid Inspector General, et al.***
**Docket No.: 15-cv-7217 (PKC)**

Dear Judge Castel:

We represent the four plaintiffs in the above-captioned matter and write to respectfully request a one week extension of all dates in the Court's Order dated October 21, 2019. Defendants consent to this first request for an extension.

The reason for this request is because lead counsel on this matter, Samuel O. Maduegbuna, was hospitalized yesterday, and is not expected to be discharged until at least the end of this week. As such, an extra week is required in order to submit to Defendants and the Court Plaintiffs' pretrial disclosures. Should the Court need medical documentation as proof, Plaintiffs can provide such proof by email.

In light of the above, Plaintiffs request the following modifications to the dates set forth by the Court in the Order of October 21, 2019, and pursuant to Plaintiffs' request for an extension of time to make any motions in limine, dated January 27, 2020 (Dkt. # 206):

- February 7, 2020: Plaintiffs provide Defendants with their portion of the proposed Joint Pretrial Order and submit to the Court their proposed voir dire, jury instructions and verdict form

- February 21, 2020: Defendants provide Plaintiffs with their portion of the proposed Joint Pretrial Order, submit to the Court their proposed voir dire, jury instructions and verdict form and file any motions in limine

- February 24-28, 2020: The parties meet and confer in person on stipulations
- February 28, 2020: Plaintiffs file any motions in limine
- March 6, 2020: The parties respond to any motions in limine and submit final pretrial submissions consisting of proposed voir dire, jury instructions, verdict sheet and Joint Pretrial Order

The parties agree that, unless the Court prefers otherwise, the final pretrial conference should remain on March 20, 2020 at 11:30 A.M.

We thank the Court in advance for its consideration of this request.

Respectfully Submitted,

William W. Cowles, II

WWC/clg

cc: Todd Spiegelman, Esq. (*via* ECF)
Erin McAlister, Esq.

*Attorneys for Defendants*