

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Dial: (212) 416-8661

FEBRUARY 7, 2020

By ECF
Hon. Judge P. Kevin Castel
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Doran, et al. v. N.Y.S. Office of the Medicaid Inspector General, et al.; S.D.N.Y.
15 CV 07217 (PKC)(SN)

Dear Judge Castel:

> The Court's Order of Jan 30, 2020 (DE 207) is VACATED. The Court's Order of February 5, 2020 (DE 209) sets forth the schedule.
> SO ORDERED
> [signature]
> USDJ
> 2-7-20

This Office represents the Defendants, five current and former employees of the New York State Office of the Medicaid Inspector General, in this employment discrimination matter. We write to ask that the Court clarify the docket by withdrawing Docket Entry ("D.E.") #209, a memo endorsement of Plaintiffs' letter motion, D.E. #206, which would result in the setting of two conflicting deadlines. Plaintiffs consent to this request.

On January 27, 2020, Plaintiffs filed D.E. #206 requesting an extension of time to submit their motions *in limine* and Defendants' time to respond. Plaintiffs asked the Court to set February 28, 2020 as the final deadline for submission of certain pretrial documents. Two days later, Plaintiffs filed a second letter motion, D.E. #207, which incorporated the scheduling requests from the earlier letter, but also requested a one-week adjournment of the pretrial schedule with a final submission deadline of March 6, 2020 on account of Plaintiffs' counsel's illness.

On January 30, 2020, the Court granted D.E. #207 and terminated D.E. #206. However, on February 5, 2020, the Court entered D.E. #209 granting D.E. #206, which has the effect of setting two different deadlines for the same pretrial documents. The Court's approval of D.E. #206, which had been terminated, appears to be a mistake and we respectfully request that it be withdrawn.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

_____/S/_____
Todd A. Spiegelman
Assistant Attorney General

cc: Samuel O. Maduegbuna, Esq. (by ECF)