Final pretrial conference is adjourned from March 20, 2020 to April 17, 2020 at 12:00 p.m.
SO ORDERED.
Dated:  3/13/2020

*P. Kevin Castel*
P. Kevin Castel
United States District Judge



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Dial: (212) 416-8661

MARCH 13, 2020

By ECF
Hon. Judge P. Kevin Castel
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   Doran, et al. v. N.Y.S. Office of the Medicaid Inspector General, et al.; S.D.N.Y., 15 CV 07217 (PKC)(SN)

Dear Judge Castel:

This Office represents the Defendants in this employment discrimination matter. The final pretrial conference in this action is scheduled for March 20, 2020. Defendants write with Plaintiffs' consent to request an adjournment of the conference to April 17, 2020 or, if the Court does not grant the adjournment, to hold the conference by phone on March 20.

Because of the Coronavirus outbreak, I plan on telecommuting from my home outside of New York City for the next few weeks. Defendants' lead trial attorney, Seth Farber, has just returned from Spain and should stay home for 14 days under guidance from the Centers for Disease Control. *See* https://www.cdc.gov/coronavirus/2019-ncov/travelers/after-travel-precautions.html

The parties prefer to adjourn the conference rather than hold it by phone because there are a significant number of issues to review in advance of trial that would be easier to resolve in person. This is the first request for an adjournment of the conference, which does not affect any other deadlines.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

_____/S/_____
Todd A. Spiegelman
Assistant Attorney General

cc: Samuel O. Maduegbuna, Esq. (by ECF)