UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Robert Doran, et al.,

                Plaintiff(s),                ORDER

              -against-

                                              15 Civ. 7217 (PKC)

The State of New York, et al.,

                Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

      The final pretrial conference originally scheduled for April 17, 2020 is adjourned to May 21, 2020 at 2:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

      SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          March 26, 2020