UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT DORAN, et al.,

                    Plaintiffs,          15-cv-7217 (PKC)

    -against-

                                            ORDER

NEW YORK STATE DEPARTMENT OF
HEALTH OFFICE OF THE MEDICAID
INSPECTOR GENERAL, et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of the parties' stated intention to return to mediation, (Doc. 260), the Final Pretrial Conference in this action and the Initial Pretrial Conference in the related action, No. 20-cv-3754, scheduled for August 19, 2020 are adjourned indefinitely. Within 30 days of this Order, the parties shall update the Court on the status of the mediation.

        SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
           August 12, 2020