UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT DORAN, et al.,

                Plaintiffs,                      15-cv-7217 (PKC)
                                                  20-cv-3754 (PKC)

        -against-                                    ORDER

NEW YORK STATE DEPARTMENT OF
HEALTH OFFICE OF THE MEDICAID
INSPECTOR GENERAL, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On September 9, 2020, the parties advised the Court that mediation in these matters was scheduled for September 10, 2020. In order for the mediation process to function without impediment, the Court deems the pending motions in limine withdrawn without prejudice. These motions in limine may be refiled by notice of motion and with no further briefing required. The Clerk is directed to close the motions in limine. (Docs. 224, 226, 228, 231).

SO ORDERED.

                                                                   P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
         September 15, 2020

*[Handwritten annotation:]* The Order of September 15, 2020 (Doc 264) is deemed amended to include plaintiff's motion for attorney conducted voir dire (Doc. 251) which is similarly deemed withdrawn without prejudice. SO ORDERED

*[Signed]* P. Kevin Castel, USDJ
10-27-20