UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT DORAN, MARIA BAEZ,
ALEXANDER SHAPOROV, and
BERNARD LINN,

                       Plaintiffs,                      15-cv-7217 (PKC)

             -against-

                                              ORDER

ERIN IVES, DENNIS ROSEN, DAN COYNE,
ANNA COSCHIGNANO, ROBERT BYRNES,
RUSSELL S. RIZZO, CHRISTOPHER
MULHALL, EDWARD MICHAEL DRESSLER,
SEAN MAHONEY, GABRIELLE ARES, and
JOHN and JANE DOES 1-5
(said names being fictitious, the persons intended
being those who aided and abetted the unlawful
conduct of the named Defendants),

                       Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Plaintiffs motion in limine (Doc 267) and motion for attorney conduct voir dire (Doc 270) are DENIED without prejudice to renewal in the context of the final pre-trial conference in the consolidated case. The Clerk is directed to terminate the motions. (Docs 267 and 270).

        The next conference in this matter will be held on October 13, 2021 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
         June 22, 2021