UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT DORAN, et al.,

                  Plaintiffs,                  15-cv- 7217(PKC)

         -v-                                      ORDER OF DISMISSAL

THE STATE OF NEW YORK, et al.,

                  Defendants.

-----------------------------------------------------------------X

CASTEL, U.S.D.J.:

        The Court having presided over the December 21, 2021 mediation in which the parties advised that all claims asserted herein have been settled in principle subject to certain approvals, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within **sixty days** of the date of this Order if the settlement is not consummated. To be clear, any application to reopen **must** be filed **within sixty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

        All conferences are vacated. The Clerk of Court is directed to administratively terminate any pending motions and close the case.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: January 5, 2022
       New York, New York