Application GRANTED provided a redacted version is filed within five days.
SO ORDERED.
Dated:  3/30/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6236

MARCH 25, 2022

By ECF
Hon. Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Doran, et al. v. Ives, et al.; S.D.N.Y., 15 CV 07217 (PKC)(SN)

Dear Judge Castel:

This Office ("OAG") represents the defendants in the above-captioned action. I write to request that an electronically filed document which is currently on the public docket, Document No. 311, be formally sealed. Plaintiffs join this request.

Document No. 311 is the Settlement Agreement, General Release, and [Proposed] Order of Dismissal with Prejudice, which was electronically filed on March 23, 2022 ("Settlement Agreement"). The Settlement Agreement includes the home addresses of the four Plaintiffs, who are investigators for the New York State Office of the Medicaid Inspector General. The home addresses were inadvertently filed without redaction. On March 24, 2022, the OAG contacted the ECF Help Desk to request that a temporary seal be placed on Document No. 311.

Once Document No. 311 is formally sealed, the Settlement Agreement will be re-filed with the home addresses of Plaintiffs redacted.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

 /s/ Erin R. McAlister
Erin R. McAlister
Assistant Attorney General
*Attorney for Defendants*

cc: All counsel of record (via ECF)

28 LIBERTY STREET, NEW YORK N.Y.  10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
http://www.oag.state.ny.us